NO. 07-05-0222-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 1, 2005

_____

RANDY BRAZEAL,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;

NO. 16,715-A; HON. HAL MINER, PRESIDING

_____

***ORDER OF DISMISSAL***

_____

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

Appellant, Randy Brazeal, appeals his theft conviction. However, the record does not contain a certification of his right to appeal as required by Texas Rule of Appellate Procedure 25.2(d). By letter dated September 9, 2005, this court notified the trial court, the district clerk, the district attorney and appellant's attorney of this omission and the need for the certification. More than 45 days have lapsed since all were notified of these circumstances, and the certification has yet to be filed. Consequently, we dismiss the

appeal. *See* TEX. R. APP. P. 25.2(d) (requiring that the appeal be dismissed if a certification that shows that the defendant has a right to appeal has not been made part of the record).

Accordingly, the appeal is dismissed.

Per Curiam

Do not publish.